# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

BRENDA VANCE,

        Plaintiff,                :        Case No. 3:11-cv-172

                                        District Judge Timothy S. Black

-vs-                              Magistrate Judge Michael R. Merz

                               :

COMMISSIONER OF SOCIAL
  SECURITY,

        Defendant.

---

## ORDER VACATING REFERENCE

---

The reference of the above-captioned case to Magistrate Judge Michael R. Merz pursuant to

the Dayton General Order of Assignment and Reference is hereby VACATED.

February 21, 2012.                         *Timothy S. Black*

                                        Timothy S. Black
                                        United States District Judge

1