# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**BRENDA VANCE**

    Plaintiff,

**-vs-**

                      **CASE NO.    3:11-CV-172**

                      **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is Supported by Substantial Evidence, and **AFFIRMED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  May 29, 2012                                        **JAMES BONINI, CLERK**

                                                          By: *s/ M. Rogers*
                                                            Deputy Clerk